**Elton WILLIAMS, Petitioner–Appellant,**

v.

**Patricia STANSBERRY, Warden, Respondent–Appellee.**

**No. 10–6405.**

United States Court of Appeals, Fourth Circuit.

Submitted: April 29, 2010.

Decided: May 4, 2010.

Elton Williams, Appellant Pro Se. Laura Marie Everhart, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Before MOTZ and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Elton Williams, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on Williams' 28 U.S.C. § 2241 (2006) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Williams v. Stansberry,* No. 2:09–cv–00414–RBS–DEM, 2010 WL 604864 (E.D.Va. Feb. 18, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*